# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAQUEL A. PESCE, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,

CASE #: 07 CIV.8714

against

Plaintiff(s)/Petitioner(s)

PHILLIPS & BURNS, LLC

Defendant(s)/Respondent(s)

State of NY
County of Albany  SS

Kerry Gunner being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York.

That on 10/10/07 at 1:30 PM at the office of the Secretary of State of the State of New York in the City of Albany, NY, deponent served the within

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT

upon: **PHILLIPS & BURNS, LLC**

defendant/respondent in this action by delivering and leaving with Carol Vogt authorized agent in the office of the Secretary of State of the State of New York, 41 State Street, Albany, NY, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to section

303 of the Limited Liability Company Law

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of The State of New York duly authorized to accept such service on behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows:

DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht | Approx. Wt. | Other: |
|---|---|---|---|---|---|---|
| female | white | dark | 48-52 | 5'3" | 110 | |

Sworn to before me on: 10/10/2007

_____
Notary Public

_____
Kerry Gunner

Claudia M. Murphy
Notary Public, State of NY
No 01MU5016071
Qualified in Albany County
Commission expires 8/2/05

Kerry Gunner
Notary Public, State of NY
No 01GU5038710
Qualified in Albany County
Commission expires 2/6/2013

Jessica DeVoe
Notary Public, State of NY
No 01DE6042657
Qualified in Albany County
Commission Expires 5/30/10

Lightning Legal Services, LLC
P.O. Box 9132
Albany, NY 12209

99022