*Robenson. J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

RAQUEL A. PESCE,                                         07 CV 8714 (SCR)

                        Plaintiff,

            -against-

PHILLIPS & BURNS, LLC                          **SO ORDERED STIPULATION
                                                OF DISCONTINUANCE**

                        Defendant.

-------------------------------------------------------------------- X

        **IT IS HEREBY STIPULATED AND AGREED,** by and between the

undersigned, the attorneys of record for all the parties to the above entitled action, that whereas

no party hereto is an infant, incompetent person for whom a committee has been appointed or

conservatee and no person not a party has an interest in the subject matter of the action, that the

above entitled action be, and the same hereby is discontinued with prejudice and without costs to

any party as against any other party.

Dated: White Plains, New York
        January 31, 2008
                                    *Case Closed*

KLEINMAN LLC                                WILSON, ELSER, MOSKOWITZ,
                                            EDELMAN & DICKER LLP

By: _____               By: _____
Abraham Kleinman (AK-6300)                  Jay A. Wechsler
Attorney for Plaintiff                      Attorneys for Defendant
RAQUEL A. PESCE                             PHILLIPS & BURNS, LLC
626 RexCorp Plaza                           3 Gannett Drive
Uniondale, New York 11556-1065              White Plains, New York 10604-3407
(516) 522-2621                              (914) 323-7000
                                            Our File No.: 10677.00001

SO ORDERED:

_____
        U.S.D.J.

dated: Feb 29, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DA

1873367.1